# NO. 12-16-00152-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF D.E.P.,* | § | *APPEAL FROM THE* |
| | § | *COUNTY COURT AT LAW NO. 1* |
| *A CHILD* | § | *HENDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion is signed by Appellant and her counsel. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered July 12, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### JULY 12, 2016

### NO. 12-16-00152-CV

### IN THE INTEREST OF D.E.P., A CHILD

Appeal from the County Court at Law No 1

of Henderson County, Texas (Tr.Ct.No. CC1-2014-239)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*